IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LINDA GARNHART,<br><br>    Plaintiff,<br><br>    v.<br><br>LIBERTY INSURANCE CORPORATION,<br><br>    Defendant. | Case No. 19-cv-02292-MMC<br><br>**ORDER OF DISMISSAL** |

Defendant's having advised the Court that the parties have agreed to a settlement of this cause,

IT IS HEREBY ORDERED that plaintiff's claims alleged against defendant be dismissed without prejudice; provided, however, that if any party shall certify to this Court, within sixty days, with proof of service of a copy thereof on opposing counsel, that the agreed consideration for said settlement has not been delivered over, the foregoing Order shall stand vacated and this cause shall forthwith be restored to the calendar for further proceedings as appropriate.[1]

**IT IS SO ORDERED.**

Dated: February 6, 2020

                                                    MAXINE M. CHESNEY
                                                  United States District Judge

---

[1] Nothing herein is intended to preclude the subsequent filing of a dismissal with prejudice.